IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FORD MOTOR CREDIT
COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-5837

MICHELLE L. WILLIS,
SHERRY L. WILLIS, and
WELLS FARGO BANK, N.A.
f/k/a WACHOVIA BANK, N.A.,

     Appellees.

_____/

Opinion filed July 2, 2015.

An appeal from the Circuit Court for Duval County.
Angela Cox, Judge.

Michael J. Ingino of Moody, Jones & Ingino, P.A., Plantation, for Appellant.

Sherry Willis, pro se, Appellee. No appearance for Wells Fargo Bank, N.A.

PER CURIAM.

     AFFIRMED.

THOMAS, MARSTILLER, and KELSEY, JJ., CONCUR.